■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIN HARRIS, Appellant.—Judgment of the Supreme Court, Queens County, rendered February 10, 1977, affirmed (cf. *People v Ramos,* 40 NY2d 610, 619). Hopkins, J. P., Martuscello, Shapiro and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY JACKSON, Also Known as ANTHONY WINDLEY, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County, rendered June 4, 1975, convicting him of four counts of robbery in the first degree and two counts of robbery in the second degree, upon a jury verdict, and imposing sentence. Judgment reversed, as a matter of discretion in the interest of justice, and new trial ordered. (See *People v Evans,* 63 AD2d 653.) Hopkins, J. P., Martuscello, Shapiro and O'Connor, JJ., concur.